**EXHIBIT A**

Electronically FILED by Superior Court of California, County of Los Angeles on 06/22/2022 06:59 PM Sherri R. Carter, Executive Officer/Clerk of Court, by Y. Husen, Deputy Clerk
22TRCV00507
Assigned for all purposes to: Torrance Courthouse, Judicial Officer: Deirdre Hill

1  RICHARD L. GRANT, C.S.B. 093351
   GRANT LAW, A Professional Law Corporation
2  15375 Barranca Parkway, Suite A-208
   Irvine, Ca. 92618
3  Tel. 949-379-7172
   Fax. 949-379-7192
4
   Attorneys for Plaintiff:
5  JL DECORS LLC, ASSIGNEE OF DAFNA LEVI

6

7
        SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
8
              TORRANCE COURTHOUSE-UNLIMITED JURISDICTION
9

10

11 | JL DECORS. A LIMITED LIABILITY   ) Case No.: 22TRCV00507
   | COMPANY, ASSIGNEE OF DAFNA LEVI  )
12 |                                  )
   |        Plaintiff,                )
13 |                                  ) COMPLAINT FOR DAMAGES:
   |    vs.                           )
14 |                                  )   1. Breach of Contract
   | SCHUMACHER CARGO LOGISTICS,      )   2. Quantum Meruit
15 | INC., A CALIFORNIA CORPORATION;  )   3. Unjust Enrichment
   | AND DOES 1 TO 100,               )   4. Negligence
16 |                                  )   5. Negligent Infliction of
   |        Defendants.               )      Emotional Distress
17 |                                  )
18

19

20

21

22

23      Comes Now, Plaintiff, JL DECORS LLC, hereafter "Plaintiff",
24 for causes of action against Defendants SCHUMACHER CARGO
25 LOGISTICS, INC., A CALIFORNIA CORPORATION, AND DOES 1 TO 100, and
26 each of them, as follows:
27

28

---

1
COMPLAINT FOR DAMAGES - BREACH OF CONTRACT & OTHER CAUSES OF ACTION

## PARTIES

1. Plaintiff JL DECORS IS a limited liability company which maintains its principal place of business in, operates and conducts business in Los Angeles, California. Prior to filing of the Complaint, Plaintiff received an executed Assignment of Accounts, Claims, & Rights from Assignor Dafna Levi prior to filing this Complaint.

2. Defendant SCHUMACHER CARGO LOGISTICS, INC., hereafter SCLI, is a California Corporation which maintains its corporate offices and conducts business in Gardena, California. At all times mentioned herein, SCLI acted as the freight forwarder and transportation agent of the subject matter shipment from New Jersey to Israel.

3. Plaintiff is unaware of the true names or capacities, whether individual, associate, corporate, or otherwise, of Defendant(s) DOES 1 to 100, and therefore sues them by such fictitious names, and leave of the court will be asked to insert their true names and capacities when same have been ascertained.

4. Plaintiff is informed and believes and thereon alleges that at all times herein mentioned, Defendant SCLI, DOES 1 to 100, were agents, servants, and employees of their co-defendants, and in doing the things hereinafter alleged were acting in the scope of their authority as such agents, servants, and employees, and with the permission and consent of their co-defendants.

///

COMPLAINT FOR DAMAGES - BREACH OF CONTRACT & OTHER CAUSES OF ACTION

## JURISDICTION AND VENUE

5. This judicial district is proper venue for this action because this judicial district is where Defendant(s) named herein conduct business therein; and/or where the breach, and breaches of contract and/or debts had incurred for non-performance of transportation services and loss of container cargo caused by DEFENDANT SCLI AND DOES 1 TO 100; and/or where payment was to be made therefrom for the aforementioned breach and breaches of contract, damages, and/or debts. Defendant SCLI's principal location is in Gardena, California within this judicial district. Further, Defendants purposefully established contacts within California, and the actions herein arise of, or are related to Defendants' contacts within California.

6. The within action is not subject to the provisions of Civil Code Section 1812.10 or 2984.4.

## FIRST CAUSE OF ACTION-BREACH OF CONTRACT

(Against All Defendants)

7. Plaintiff refers to all of the allegations contained in Paragraphs 1-6 of the complaint and by this reference incorporates them herein as though fully set forth.

8. At all times mentioned herein, during the year of 2019, Defendants SCLI, and DOES 1 to 100, and each of them, were desirous of providing certain freight forwarding and transportation services pertaining to certain HOUSEHOLD FURNITURE AND GOODS purchased and belonging to Assignor Levi.

///

9. On or about April 8, 2019, DEFENDANT SCLI AND DOES 1 TO 100, and each of them, presented a Quotation and Service Contract No. EHQ0053231 for freight forwarding and transportation services for the aforementioned HOUSEHOLD FURNITURE AND GOODS purchased and belonging to Assignor Levi to be prepared for transportation and shipment from DEFENDANT SCLI AND DOES 1 TO 100, and each of them, facility in Elizabeth, New Jersey and be delivered to Assignor Levi in Israel.

10. Subsequently to April 8, 2019 and prior to transportation by DEFENDANT SCLI AND DOES 1 TO 100, and each of them, Assignor Levi accepted DEFENDANT SCLI AND DOES 1 TO 100, and each of them, Quotation and Service Contract No. EHQ0053231 in the sum of $5,750.00 for freight forwarding and transportation services for the aforementioned HOUSEHOLD FURNITURE AND GOODS purchased and belonging to Assignor Levi to be prepared for transportation and shipment from DEFENDANT SCLI AND DOES 1 TO 100, and each of them, facility in Elizabeth, New Jersey and be delivered to Assignor Levi in Israel.

11. Subsequently to April 8, 2019 and prior to transportation by DEFENDANT SCLI AND DOES 1 TO 100, and each of them, Plaintiff on behalf of Assignor Levi caused to arrange and deliver to DEFENDANT SCLI AND DOES 1 TO 100, and each of them, at Elizabeth, New Jersey on October 18 and 23 2019 certain HOUSEHOLD FURNITURE AND GOODS purchased and belonging to Assignor Levi intended to be shipped and delivered to a designated residence of Assignor Levi. DEFENDANT SCLI AND DOES 1 TO 100, and each of them, acknowledge receipt of Assignor's HOUSEHOLD FURNITURE AND GOODS purchased and belonging to

COMPLAINT FOR DAMAGES - BREACH OF CONTRACT & OTHER CAUSES OF ACTION

Assignor Levi intended to be shipped and delivered to a designated residence of Assignor Levi on or about 2021.

12. Further and except for those excused performances, Plaintiff's Assignor had performed each and every obligation and covenant incumbent upon it by virtue of said and/or transportation agreements as specified above and below in this complaint and as agreed. Said delivery took place in Israel, 2021, but with delivery of only partial of all of Levi's Household Furniture and Goods purchased and delivered to DEFENDANT SCLI AND DOES 1 TO 100, and each of them. Copies of Quotation and Service Contract No. EHQ0053231 in the sum of $5,750.00 for freight forwarding and transportation services and other relevant transportation agreements and documents are attached to Exhibit "A".

13. Defendants SCLI and DOES 1 to 100, and each of them, materially breached the herein written transportation agreement(s) by refusing and continues to refuse to deliver and pay for the cargo losses and damages suffered by Assignor and/or Plaintiff for the principal sum of $70,000.00 or that other sum proven at trial.

14. In 2021 and thereafter, Plaintiff placed demands for loss of cargo upon Defendant SCLI and Does 1 to 100, and each of them, but Defendant SCLI and Does 1 to 100, and each of them, denied the claims and/or failed to pay Plaintiff or its Assignor for the cargo losses.

15. Plaintiff's counsel had placed demand upon Defendants SCLICOD and DOES 1 to 100, and each of them, by virtue of this complaint and service thereof, for the outstanding sum of unpaid

principal and accrued interest pursuant to the agreed written transportation agreements herein, but said Defendants SCLI and DOES 1 to 100, and each of them, have failed to pay Plaintiff's Assignor or Plaintiff the outstanding principal sum and damages suffered of $70,000.00 and accrued interest from date of delivery in Israel. Thus, the Plaintiff's Assignor and/or Plaintiff have been damaged therefore in the said amount or such other amount proven at trial.

### SECOND CAUSE OF ACTION-QUANTUM MERUIT

(Against All Defendants)

16. Plaintiff refers to all of the allegations contained in Paragraphs 1-15 of the complaint and by this reference incorporates them herein as though fully set forth.

17. That Defendants SCLI and DOES 1 TO 100, and each of them, within the last four years became indebted to Plaintiff's Assignor in the sum of $70,000.00 for an unpaid balance due for cargo loss and other related transportation damages caused by Defendants SCLI and DOES 1 TO 100, and each of them, for which aforementioned Defendants SCLI and DOES 1 TO 100, and each of them, are legally obligated to pay Plaintiff's Assignor, and the reasonable value of the same is the sum of $70,000.00 or such other sum proven at trial plus accrued interest at the rate of ten (10) percent per annum from date of delivery in Israel.

### THIRD CAUSE OF ACTION-UNJUST ENRICHMENT

(Against All Defendants)

18. Plaintiff refers to all of the allegations contained in Paragraphs 1-17 of the complaint and by this reference incorporates them herein as though fully set forth.

19. As the result of unfair and tortuous acts of Defendants SCLI and DOES 1 to 100, and each of them, as set forth in this complaint, Plaintiff's Assignor Levi has been deprived of her enjoyment and pleasure of the purchased Household Furniture and Goods in her residence in Israel. All of which was contracted by the parties, and Defendants and Does 1 to 100, each of them, were paid for their services.

20. Based upon information and belief, it is thereon alleged that Defendants SCLI and Does 1 to 100, and each of them, have been unjustly enriched by being paid for transportation services, but was not provided by Defendants and Does 1 to 100, and each of them. Hence, Plaintiff's Assignor and Plaintiff have unjustly suffered losses and damages, due to the unlawful and tortuous acts of the Defendants and each of them.

21. Plaintiff seeks restitution from Defendants SCLI and each of them, to the extent that they have been unjustly benefited/enriched, all funds due, owing, and belonging to Plaintiff's Assignor and currently Plaintiff as described in this complaint.

22. Plaintiff have been damaged resulting in compensatory and consequential damages in a sum of $70,000.00 or such other amount subject to proof at time of trial.

///

///

7
COMPLAINT FOR DAMAGES - BREACH OF CONTRACT & OTHER CAUSES OF ACTION

## FOURTH CAUSE OF ACTION-NEGLIGENCE

(Against All Defendants)

23. Plaintiff refers to all of the allegations contained in Paragraphs 1-22 of the complaint and by this reference incorporates them herein as though fully set forth.

24. Pursuant to the aforementioned contractual agreement between Plaintiff and Defendant SCLI and Does 1 to 100, and each of them, Defendants 1 to 100, and each of them, had a duty of care to prepare and ship Assignor's Household Furniture and Goods to totally arrive at Assignor's residence in Israel.

24. Defendant SCLI and Does 1 to 100, and each of them, breached their duty of care in 2021 and continuously thereafter by failing to deliver all of Assignor Levi's Household Furniture and Goods which had been delivered and received by Defendant SCLI and Does 1 to 100, and each of them, at their Elizabeth, New Jersey facility prior to shipment to Israel.

25. As a direct consequence of Defendant SCLI and Does 1 to 100, and each of them, and their breach of duty of care described above and herein, Assignor Levi has suffered compensatory and consequential damages in excess of $70,000.00 or such other sum proven at trial.

26. In 2021 and thereafter, Plaintiff placed demands for loss of cargo upon Defendant SCLI and Does 1 to 100, and each of them, but Defendant SCLI and Does 1 to 100, and each of them, denied the claims and/or failed to pay Plaintiff or its Assignor for the cargo losses.

27. Plaintiff's counsel had placed demand upon Defendants SCLI and DOES 1 to 100, and each of them, by virtue of this complaint and service thereof, for the outstanding sum of unpaid principal for lost cargo and damages pursuant to the agreed written transportation agreements herein, but said Defendants SCLI and DOES 1 to 100, and each of them, have failed to pay Plaintiff's Assignor or Plaintiff the outstanding principal for loss cargo and damages in the sum of $70,000.00. Thus, the Plaintiff's Assignor and/or Plaintiff have been damaged therefore in the said amount or such other amount proven at trial.

## FIFTH CAUSE OF ACTION-NEGLIGENCE INFLICTION OF EMOTIONAL DISTRESS

(Against All Defendants)

28. Plaintiff refers to all of the allegations contained in Paragraphs 1-27 of the complaint and by this reference incorporates them herein as though fully set forth.

29. As alleged and pled above and herein, Defendant SCLI and Does 1 to 100, and each of them, had duty of care to Assignor Levi and relative to the subject matter freight forwarding and transportation services agreed between the parties, specifically deliver as agreed all of the household furniture and goods of Assignor Levi purchased and delivered to Defendant SCLI and Does 1 to 100, and each of them, prior to shipment to Israel.

30. As alleged and pled above and herein, Defendant SCLI and Does 1 to 100, and each of them, had breached their duty of care 2021 and continuously thereafter, as described above and herein, to Assignor Levi and relative to the subject matter freight forwarding and transportation services agreed between the parties.

31. As alleged and pled above and herein, during 2021 and continuously thereafter to the present, Defendant SCLI and Does 1 to 100, and each of them, while Assignor Levi personally suffered emotional distress for the non-delivery, directly caused Assignor Levi to suffer serious emotional distress including but not limited to nervousness, emotional anguish, worry, shock, humiliation and shame for not having possession and delivery of her purchased household furniture and goods for her four bedroom residence. All of which exceeds and goes beyond everyday endurances of a reasonable person is expected to cope with the loss of use and enjoyment of all of the Household Furniture and Goods that were contracted to be delivered in Israel for the benefit of Assignor Levi. Said Assignor suffered compensatory and consequential, economic and/or non-economic, damages in excess of $70,000.00 or such other sum proven at time of trial.

32. In 2021 and thereafter, Plaintiff placed demands for all damages relative to and arising out of the loss of cargo upon Defendant SCLI and Does 1 to 100, and each of them, but Defendant SCLI and Does 1 to 100, and each of them, denied the claims and/or failed to pay Plaintiff or its Assignor for the cargo losses.

33. Plaintiff's counsel had placed demand upon Defendants SCLI and DOES 1 to 100, and each of them, by virtue of this complaint and service thereof, for the outstanding sum of unpaid loss cargo and damages stated herein, pursuant to the agreed written transportation agreements herein, but said Defendants SCLI and DOES 1 to 100, and each of them, have failed to pay Plaintiff's Assignor or Plaintiff the outstanding principal sum for loss cargo and damages in the sum of $70,000.00 . Thus, the Plaintiff's Assignor and/or Plaintiff have been damaged therefore in the said amount or such other amount proven at trial.

**Wherefore, Plaintiff prays for judgment against Defendants and each of them as follows:**

(1) On all causes of action for the principal sum of $70,000.00 or such other sum proven at trial; together with interest thereon at the rate of ten (10) percent per annum from date of delivery in Israel;

(2) For Costs of Suit in the amount according to proof;

(3) Compensatory and Consequential Damages according to proof; and

(4) For such other and further relief as the Court may deem just and equitable.

Dated: 6/22/22

GRANT LAW

By: /s/ Richard L. Grant
RICHARD L. GRANT, ESQ.
ATTORNEY FOR PLAINTIFF
JL DECORS LLC

# EXHIBIT "A"



**SCHUMACHER CARGO LOGISTICS**
*Confidence in Transport.*

Representative: MARTYN COHEN
E-mail: martyn@sclusa.com

## Quotation & Service Contract No. EHQ0053231

**CLIENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | DAFNA LEVI | | Date: 08-April-2019 |
| Home Address: | ELIZABETH, NJ 07208 | Email Address: | joelle@jldecors.com |
| | | Phone: | 310 991 1818 |

**SHIPPING DETAILS**

| | | | |
|---|---|---|---|
| Origin City: | ELIZABETH | Port of Arrival: | ASHDOD |
| Port of Departure: | NEW YORK | Destination City: | TEL AVIV |
| Approximate Pick Up Date (if needed) | | Destination Country: | ISRAEL |
| Estimated Volume at time of Quotation: | 950.00 Cft | | |

**SERVICE CHARGES**

| | | |
|---|---|---|
| PORT TO DOOR RECEIVING PACKED FURNITURE WAREHOUSE NEWARK, NJ LOADING AS 20 CONTAINER WITH SEA FREIGHT TO ASHDOD. CLEARA AND DELIVER TO RESIDENCE TEL AVIV, NORMAL ACCESS | 5,750.00 | Quote Valid Until: May 08, 2019 |
| Total: | **$5,750.00** | |

**TO BOOK THIS SHIPMENT**
**PLEASE PRESS HERE**

Once your booking form information is received, an assigned Schumacher representative will be in contact with you regarding processing and handling procedures. Thank you for entrusting Schumacher Cargo Logistics with your shipment.

DELIVERY TO 4TH FLOOR USING THE BUILDINGS INTERIOR ELEVATOR.

**MARINE INSURANCE OPTIONS + $75 Documentation Fee**

PRESS HERE FOR MORE INSURANCE INFORMATION

2.50 % of Declared Value Household Goods All Risk's Damage - Fire - Theft - Loss $ 500.00 Deductible
3.50 % of Declared Value Household Goods All Risk's Damage - Fire - Theft - Loss $ 0.00 Deductible
2.00 % of Declared Value Total Loss Fire - Theft - Loss ONLY $ 0.00 Deductible

**(**) SERVICES INCLUDED**

| | | | | |
|---|---|---|---|---|
| | Professional wrapping of furniture & incidentals | | Storage | |
| | Packing of all boxes | | Agent fees | ** |
| | Pickup of packed shipment from good access | | Inspection, Examination or Xray charges | |
| ** | Preparation of all export documentation | | Govt. Taxes or Duties | |
| ** | Loading into Sole use container | | Delivery to final destination city | ** |
| | Loading into Groupage Shared Container | | Unloading into house | ** |
| ** | Ocean freight to destination country | | Unwrapping of furniture and removal of debris, same day | ** |
| ** | Customs clearance | | Unpacking of boxes | |
| ** | Port charges, at destination | | Hoisting/shuttle vehicle/long carry/permits | |
| ** | Terminal handling charges, at destination | | Delivery up to 4th floor floor, normal access | ** |
| | Demurrage | | Quarantine Inspection and/or treatment | |

To book this shipment please press HERE or visit our website: www.sclusa.com phone me directly on (562) 408-6677 and I will assist you with the booking procedures over the phone. Our Services Terms and Conditions are available for review on this page also. Please then print and sign this service contract and forward with a $250.00 holding deposit to the mailing address as below.
Concerns, questions or comments, please feel free to contact us on the above number.

Client Signature _____ Date _____

Corporate Address: 550 W 135th Street, Gardena, CA 90248
LOS ANGELES – HOUSTON – MIAMI – CHARLESTON – NEW YORK
Los Angeles: Phone: 562 408-6677 / Fax: 562 408-6636 - New York: Phone: 908 469-4444 / Fax: 908 469-4411
Come visit us at our web site: www.sclusa.com



# MULTIMODAL BILL OF LADING

**SHIPPER/EXPORTER**
DAFNA LEVI
200 LORING AVE
LOS ANGELES, CA 90024, UNITED STATES
Contact: DAFNA LEVI
Phone: 310 991 1818/310 991 1818
Email: joelle@jldecors.com

**BOOKING NUMBER:** ZIMUNYC975102
**DOCUMENT NUMBER:** EOD29628
**EXPORT REFERENCES**
MBL:
HBL: NYC0070920

**CONSIGNEE**
LEVI DAFNA
NISSIM ALONI 16, APT 1504
TEL AVIV, ISRAEL
Contact: LEVI DAFNA
Email: joelle@jldecors.com

**FORWARDING AGENT (Name and address - references)**
SCHUMACHER CARGO LOGISTICS, INC.
550 W 135TH STREET
GARDENA, CA 90248

**POINT (STATE) OF ORIGIN**

**NOTIFY PARTY**
SONIGO INTL SHIPPING
6 BNEI DAROM ST
INDUSTRIAL AREA
7714001 ASHDOD
7714001 ASHDOD, ISRAEL
Contact: SHMUEL MANTINBAND
Phone: 972 8 6111 222
Email: shmuel@sonigo.com; import11@sonigo.com

**RELEASE AGENT / EXPORT INSTRUCTION**
FILE# EOD29628  DAFNA LEVI NYC0070920
ZIMU BK # ZIMUNYC975102

SONIGO INTL SHIPPING
ATTN: SHMUEL MANTINBAND
6 BNEI DAROM ST
INDUSTRIAL AREA
7714001 ASHDOD
7714001 ASHDOD
ISRAEL
PHONE: 972 8 6111 222
FAX: 972 8 6111 223

**PRE-CARRIAGE BY**
**PLACE OF RECEIPT:** NEW YORK
**EXPORTING CARRIER:** ZIM TARRAGONA  76E
**PORT OF LOADING / EXPORT:** NEW YORK
**FOREIGN PORT OF UNLOADING:** ASHDOD
**PLACE OF DELIVERY:** ASHDOD
**TYPE OF MOVE:**
**LADEN ON BOARD:** 04/12/2021
**ESTIMATED ARRIVAL DATE:** 05/11/2021

| MARKS AND NUMBERS | NUMBER OF PACKAGES | DESCRIPTION OF COMMODITIES in Schedule B detail | GROSS WEIGHT | MEASUREMENTS |
|---|---|---|---|---|
| 20 DRY CON DRYU2615476 SCL4082 | 39 | USED HHGS & PERSONAL EFFECTS<br>HS CODE: 9905.00<br>NO EEI REQUIRED 30.37 (A)<br>FREIGHT PREPAID<br>SEAWAY EXPRESS / TELEX RELEASE. NO ORIGINALS ISSUED.<br>PORT TO PORT<br>SHIPPER LOAD, STOW & COUNT.<br>LADEN ON BOARD | 6,674.00 Lbs<br>3,027.31 Kgs | 770.55 Cft<br>21.82 Cbm |

**LIMITATION OF LIABILITY:** THIS CARRIER LIMITS ITS LIABILITY TO: * US$500 PER PACKAGE IN THE EVENT THE UNITED STATES OF AMERICA CARRIAGE OF GOODS BY SEA ACT APPLIES (46 U.S.C. SECTION 1300ET SEQ.); *THE GREATER OF 666.67 SDR PER PACKAGE OR 2 SPECIAL DRAWING RIGHTS PER PACKAGE IN THE EVENT THE HAGUE-VISBY RULES APPLY; AND *THE LESSER OF U.S.$500 PER SHIPMENT OR U.S.$0.50 PER POUND IN THE EVENT OF LOSS OR DAMAGE OCCURRING DURING INLAND TRANSIT OR WATER TRANSIT BETWEEN PORTS OF THE UNITED STATES. APPLICABLE LIMITATIONS OF LIABILITY ARE FURTHER EXPLAINED ON THE REVERSE HEREOF. SHIPPER MAY INCREASE SUCH LIMITATIONS OF LIABILITY BY DECLARING A HIGHER VALUE FOR CARRIAGE BELOW AND PAYING A SUPPLEMENTAL FREIGHT CHARGE.

**DECLARED VALUE:** US$ _____ PER PACKAGE / KILOGRAM / OR ENTIRE SHIPMENT    [Circle One]

**FREIGHT RATES, CHARGES, WEIGHT AND / OR MEASUREMENTS**

| SUBJECT TO CORRECTION | PREPAID | COLLECT |
|---|---|---|
| | | |
| **GRAND TOTAL** | | |

RECEIVED at the Place of Acceptance - or at the Port of Loading where this is a Port to Port shipment - in apparent, external good order and condition,, except as otherwise noted, the containers, other packages, or units enumerated above for transportation to the Final Destination or the Port of Discharge as the case may be.

This bill of lading is non-negotiable unless consigned "To Order"

NOTE: The contract of carriage evidenced by this document is subject to all the terms and conditions set forth on this side and the reverse side. It is also subject to all laws and other provisions incorporated by reference into this document. Copies of all terms and conditions are available upon request.

ISSUED AT: _____  ON  04/12/2021 [DATE]
By: **SCHUMACHER CARGO LOGISTICS, INC.**



**SCHUMACHER CARGO LOGISTICS**
*Confidence in Transport.*

SCHUMACHER CARGO LOGISTICS, INC.
550 W 135th Street
Gardena, CA 90248
Phone: 562 408-6677 / Fax: 562 408-6636
www.sclusa.com

**Statement as of 05/10/21**

Page 1 of 1

Customer Number: DAFLEV
Terms: 00

Terms & Conditions are available on our web site at: www.sclusa.com

DAFNA LEVI
200 LORING AVE
LOS ANGELES, CA 90024
Phone: 310 991 1818

**INSTRUCTIONS FOR INTERNATIONAL WIRE PAYMENTS ONLY:**

| | |
|---|---|
| BENEFICIARY NAME: | SCHUMACHER CARGO LOGISTICS, INC. |
| BENEFICIARY ACCOUNT NO: | 000007166207220 |
| ROUTING NO: | 121000248 |
| SWIFT CODE: | WFBIUS6S |
| BANK NAME: | WELLS FARGO BANK, N.A. |
| BANK ADDRESS: | 420 MONTGOMERY |
| | SAN FRANCISCO, CA 94104 |

FOR ONLINE PAYMENTS GO TO: WWW.SCLUSA.COM *HANDLING FEES APPLY*

MAKE CHECKS PAYABLE TO : SCHUMACHER CARGO LOGISTICS, INC.
MAIL TO: 550 W. 135TH STREET, GARDENA, CA 90248 (USA)
OR FAX TO A/R: 424-233-1806

**PLEASE ADD US $45.00 TO COVER INTERNATIONAL WIRE CHARGES**

FOR DOMESTIC WIRE TRANSFERS WITHIN USA PLEASE USE: ABA #: 121000248

PLEASE LIST YOUR INVOICE NUMBER AND/OR CUSTOMER NUMBER ON YOUR REMITTANCE

| Date | Invoice | Description | Charge | Credit | Balance |
|---|---|---|---|---|---|
| 05/03/2021 | 214320 | NYC0070920 | 5,750.00 | | 5,750.00 |

| | Total: | 5,750.00 |
|---|---|---|

**CUSTOMER AGING BALANCE**

| Amount | Current | OVER 31 | OVER 45 | OVER 60 | OVER 90 | OVER 120 |
|---|---|---|---|---|---|---|
| 5,750.00 | 5,750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

PLEASE NOTE: IF YOU HAVE REMITTED PAYMENT RECENTLY PLEASE DISREGARD THIS STATEMENT

| Phone # | A/R Fax | Email | Web Site |
|---|---|---|---|
| 562 408-6677 | 424 233-1806 | pamela@sclusa.com | www.sclusa.com |

When you pay by check, you authorize SCL to make a one-time electronic fund transfer (EFT) from your account.

arstatementshortinvrpt.rpl