# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JL DECORS,<br>    Plaintiff,<br><br>    v.<br><br>SCHUMACHER CARGO LOGISTICS, INC.,<br>    Defendant. | 2:22-cv-5575-DSF-Ex<br><br>Order to Show Cause re Dismissal for Lack of Prosecution |

On June 26, 2023, the parties were ordered to file a stipulation with revised case management dates. No stipulation has been filed and no other activity in the case has occurred since the June 26 order. Therefore, Plaintiff is ordered to show cause, in writing, no later than February 21, 2024, why this case should not be dismissed for lack of prosecution.

    IT IS SO ORDERED.

Date: February 14, 2024

                                                                     Dale S. Fischer<br>
                                                                     United States District Judge