JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JL DECORS,

       Plaintiff,

         v.

SCHUMACHER CARGO
LOGISTICS, INC.,

       Defendant.

2:22-cv-5575-DSF-Ex

JUDGMENT

The Court having dismissed this case for lack of prosecution,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: March 23, 2026

_____

Dale S. Fischer
United States District Judge